In the Matter of MAURICE L. ZAKEN, an Attorney.—

Concur — Eager, J. P., Markewich, Nunez, McNally and Steuer, JJ.